| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**GOLDMAN & BESLOW, LLC**<br>**Attorneys at Law**<br>7 Glenwood Avenue, Suite 311B<br>East Orange, New Jersey  07017<br>Tel. 973-677-9000<br><br>DAVID G. BESLOW, ESQ. #DBG-5300<br>Attorneys for Debtor | Order Filed on November 15, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>AL-DERIC D. COOPER<br><br>Debtor | Case No.:   **18-28761**<br><br>Hearing Date:<br><br>Judge:   VFP<br><br>Chapter:   13 |

Recommended Local Form:   ☐ Followed   ☒ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby ORDERED.
DATED: November 15, 2018

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The Court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒    Granted. The deadline to file schedules is extended to <u>November 30, 2018</u> *

☐    Denied.

~~ORDERED that the time for the debtor file his Chapter 13 schedules and plan be and hereby is extended for thirty (30) days from the date of this Order and it is further ordered that the debtor's Chapter 13 shall not be automatically dismissed on the 46th day after filing.~~

*This is a final extension.