Order Filed on November 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**GOLDMAN & BESLOW, LLC**
**Attorneys at Law**
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey  07017
Tel. 973-677-9000

DAVID G. BESLOW, ESQ. #DBG-5300
Attorneys for Debtor

In Re:

AL-DERIC D. COOPER

    Debtor

Case No.: **18-28761**

Hearing Date:

Judge: VFP

Chapter: 13

Recommended Local Form:   ☐ Followed   ☒ Modified

## ORDER RE EXTENSION OF TIME TO FILE SCHEDULES

The relief set forth on the following page is hereby ORDERED.
DATED: **November 15, 2018**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The Court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to <u>November 30, 2018</u>.*

☐ Denied.

~~ORDERED that the time for the debtor file his Chapter 13 schedules and plan be and hereby is extended for thirty (30) days from the date of this Order and it is further ordered that the debtor's Chapter 13 shall not be automatically dismissed on the 46th day after filing.~~

*This is a final extension.

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 18-28761-VFP
Al-Deric D Cooper                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Nov 15, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.
db             +Al-Deric D Cooper,    153 Trimble Avenue,    Unit B,    Clifton, NJ 07011-1831

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2018 at the address(es) listed below:
          David G. Beslow    on behalf of Debtor Al-Deric D Cooper yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Kevin Gordon McDonald    on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-7AX, U.S.
           Bank National Association, as Trustee, successor in interest to Bank of America, National
           Assocation, as Trustee, successor by merger to LaSalle Bank kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann   Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4